# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT - ATTORNEY'S FEES

**Jimico Enterprises Inc. et al**
    Plaintiff(s)
  vs.                        **CASE NUMBER: 1:07-cv-578 (GTS/RFT)**

**Lehigh Gas Corporation**
    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED granting in part and denying in part [132] Motion for Attorney Fees.  IT IS ORDERED that Lehigh's motion for attorney's fees and for pre-judgment and post-judgment interest is GRANTED in part and DENIED in part.  It is further ORDERED that Lehigh's motion for pre-judgment interest and post-judgment interest is DENIED as untimely.  It is further ORDERED that Lehigh's motion for attorney's fees is GRANTED in part and DENIED in part.  It is further ORDERED that Lehigh is awarded $18,372 in attorney's fees as follows:

| | | | |
|---|---|---|---|
| Attorney Sanford | ($180/hr x 76.9 hours) | = | $13,842 |
| Attorney Furrer | ($300/hr x 15.1 hours) | = | $ 4,530 |
| | Total | = | $18,372 |

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of March, 2013.

DATED: March 28, 2013

*Lawrence K. Baerman*
Clerk of Court

 s/ Daniel Krug
Daniel Krug
Deputy Clerk